IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY J. RICHARDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv428-MHT |
| | ) | (WO) |
| GUY NOE, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

OPINION AND ORDER

This habeas petition is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1631. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 6) are overruled.

(2) The magistrate judge's recommendation (doc. no. 5) is adopted.

(3) This case is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1631.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 15th day of July, 2019.

<u>  /s/ Myron H. Thompson  </u>
UNITED STATES DISTRICT JUDGE
